STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Garth Jonathan Ridge
Attorney at Law
251 Florida St., Suite 301
Baton Rouge LA 70801

> Judgment on rehearing rendered and mailed to all parties or counsel of record on June 23, 2021

**REHEARING ACTION: June 23, 2021**

**Docket Number: 20   00588-CA**

**CACH, LLC**
**VERSUS**
**SONIA M. CHEATWOOD**

**Appealed from Natchitoches City Court Parish Case No. 30,644**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Candyce G. Perret**
**Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sonia M. Cheatwood** has this day been

**DENIED.**

cc: Gregory McCarroll Eaton, Counsel for the Appellee
    Michael L. Lancaster, Counsel for the Appellee
    Steve Russell Conley, Counsel for  the Respondent
    Maureen Morrow, Counsel for  the Respondent
    David Holman Williams, Counsel for  the Respondent